**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

LIGHTHOUSE FOR THE BLIND AND VISUALLY IMPAIRED d/b/a HANOVER INSURANCE COMPANY,

        Plaintiff,

    vs.

NOVA CASUALTY CO., ET AL.,

        Defendants.

CASE NO.  20-cv-09445-YGR

**ORDER GRANTING MOTION TO REMAND AND DENYING MOTION TO DISMISS AS MOOT**

Re: Dkt. Nos. 9, 11

On November 4, 2020, plaintiff filed this action in Napa County Superior Court. Defendant Nova Casualty Company d/b/a Hanover Insurance Group ("Nova") removed the case to federal court on December 30, 2020.  (Dkt. No. 1.)  On January 6, 2021, defendants Nova, Anthony DeCesare, and Steven Koski filed a motion to dismiss DeCesare and Koski from this action under Federal Rule 12(b)(6).  (Dkt. No. 9.)  On January 20, 2021, plaintiff filed a Motion to Remand based on the lack of complete diversity.  (Dkt. No. 11.)  Having carefully considered the briefing and arguments submitted on the motion, and for the reasons stated on the record at the March 2, 2021 hearing, the Court **GRANTS** plaintiff's Motion to Remand and **DENIES AS MOOT** defendants' Motion to Dismiss.  Defendants "ha[ve] not demonstrated that there is no possibility that [p]laintiff[ ] could [state a negligent misrepresentation claim] against [Koski]." *See GranCare, LLC v. Thrower*, 889 F.3d 543, 551 (9th Cir. 2018).

The Clerk of the Court is directed to **REMAND** the case to the Napa County Superior Court and close the file.

    **IT IS SO ORDERED.**

Dated: March 9, 2021

                         YVONNE GONZALEZ ROGERS
                       UNITED STATES DISTRICT COURT JUDGE

United States District Court
Northern District of California